# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Mark E. McLure, and Erica S. Quiggle, | : | Bankruptcy Case No.: 19-20310-CMB |
| | : | Chapter 13 |
| Debtors. | : | |
| Mark E. McLure, and Erica S. Quiggle, | : | Document No.: |
| Movants, | : | Related to Document No.: |
| v. | : | Related to Claim No.: 2 |
| Freedom Mortgage Corporation, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Kristen Finke, Paralegal, certify under penalty of perjury that I served the forgoing Debtors' Declaration of Sufficient Plan Funding, on November 13, 2020 on the interested parties listed below:

Freedom Mortgage Corporation
ATTN: Bankruptcy Department
1050 Kincaid Drive
Fishers, IN  46037

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  November 13, 2020

By:/s/ Kristen Finke
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kbelko@thompsonattorney.com