**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/07/2022

IN RE:

MARK E. MCLURE
ERICA S. QUIGGLE
140 MCKINNEY ROAD
WEXFORD, PA 15090
XXX-XX-0353         Debtor(s)

XXX-XX-2898

Case No.19-20310 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/7/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMAZON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 4101 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 0.00<br>COMMENT: PMT/PL-NTC*DKT4LMT*BGN 2/19 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3542 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 0.00<br>COMMENT: CL3GOV@LTCD*445.35X60+2=LMT*23965.95@4%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8815 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO A**<br>PO BOX 17900<br>DENVER, CO 80217-0900 | Trustee Claim Number:5   INT %: 4.00%<br>Court Claim Number:10<br>CLAIM: 3,767.00<br>COMMENT: $/OE*3767@4%MDF/PL*W/35*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9791 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 0.00<br>COMMENT: 5377.20TTL/PL@AES*PMT/CONF@LTCD*89.62x(60+2)=LMT*FR SUNTRUST/PHEAA- | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 0353 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 4,425.07<br>COMMENT: 2101/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9668 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0353 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 804.54<br>COMMENT: 1239/SCH*WOMAN WITHIN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9987 |
| **HYUNDAI LEASE TITLING TRUST**<br>C/O HYUNDAI MOTOR FINANCE - SVCR<br>PO BOX 20809<br>FOUNTAIN VALLEY, CA 92728 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,526.06<br>COMMENT: NO ACCT/SCH*LEASE DTD 12-29-2015/CL*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5741 |

| Creditor | Claim Info | Description |
|---|---|---|
| **CAPITAL ONE NA**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 723.97<br>COMMENT: 6703/SCH*KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3541 |
| **NAVIENT SOLUTIONS INC O/B/O ECMC**<br>C/O ECMC(*)<br>LOCK BOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 0.00<br>COMMENT: 2004/SCH*1805.60TTL/PL*PMT/CONF@LTCD*30.11x(60+2)=LMT | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 2898 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 15,870.96<br>COMMENT: 2604/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1650 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 4,248.62<br>COMMENT: 2198/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9458 |
| **PNC BANK**<br>POB 3180<br>PITTSBURGH, PA 15230 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 2,901.22<br>COMMENT: 4308/SCH*SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4101 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 1,785.17<br>COMMENT: 0142/SCH*SYNCHRONY/LEVIN FURNITURE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3221 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,125.15<br>COMMENT: 7055/SCH*SYNCHRONY/OLD NAVY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0587 |
| **ATLAS ACQUISITIONS LLC - AS ASSIGNEE**<br>492C CEDAR LN STE 442<br>TEANECK, NJ 07666 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 1,779.07<br>COMMENT: 0540/SCH*SAM'S CLUB/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2601 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 413.13<br>COMMENT: 8350/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **WAKEFIELD AND ASSOC**<br>PO BOX 50250<br>KNOXVILLE, TN 37950-0250 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5184 |
| **CHILDRENS DERMATOLOGY**<br>11279 PERRY HWY STE 100<br>WEXFORD, PA 15090 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIBANK\*\***<br>POB 6241<br>SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NORTH AMERICAN PARTNERS IN ANESTHESIA**<br>POB 275<br>GLEN HEAD, NY 11545 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FREEDOM MORTGAGE CORPORATION**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 11,195.07<br>COMMENT: $CL-PL*THRU 1/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3542 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 310.00<br>COMMENT: FEES PREVIOUS/PL | CRED DESC: FILING FEES<br>ACCOUNT NO.: 19-20310-CMB |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,018.30<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0353 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 429.68<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2898 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 1,467.39<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0353 |

| Creditor | Claim Info | Description |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:31  INT %: 0.00% <br> Court Claim Number:20 <br> CLAIM: 8,294.47 <br> COMMENT: 16~/AMD E*9934.75/PL*LATE | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 0353 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:32  INT %: 0.00% <br> Court Claim Number:20 <br> CLAIM: 1,640.28 <br> COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED/LATE FILED <br> ACCOUNT NO.: 0353 |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA  19106 | Trustee Claim Number:33  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **BROCK & SCOTT PLLC** <br> 302 FELLOWSHIP RD STE 130 <br> MT LAUREL, NJ  08054 | Trustee Claim Number:34  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO** <br> PO BOX 17900 <br> DENVER, CO  80217-0900 | Trustee Claim Number:35  INT %: 0.00% <br> Court Claim Number:10 <br> CLAIM: 2,563.69 <br> COMMENT: UNSEC BAL/OE*W/5*DK! | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9791 |