IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-20310-CMB |
| Mark E. McLure ) | Chapter 13 |
| Erica S. Quiggle ) | |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| Mark E. McLure ) | |
| Erica S. Quiggle ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **February 27, 2024, at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **February 1, 2024.**

| | |
|---|---|
| <u>1/12/24</u><br>Date | /s/ Ronda J. Winnecour<br>Ronda J. Winnecour (PA I.D. #30399)<br>Attorney and Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20310-CMB |
| Mark E. McLure | Chapter 13 |
| Erica S. Quiggle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark E. McLure, Erica S. Quiggle, 140 McKinney Road, Wexford, PA 15090-8532 |
| 14983355 | + | Childrens Dermatology Serivces, 11279 Perry Hwy, Wexford, PA 15090-9303 |
| 15426523 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14983364 | + | North American Partners in Anesthesia, PO Box 725, Melville, NY 11747-0725 |
| 15047355 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15008457 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 17 2024 04:00:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14983353 | + | Email/Text: bncnotifications@pheaa.org | Jan 17 2024 04:00:00 | AES/Suntrust, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14996967 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 17 2024 04:00:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15015176 | | Email/Text: bnc@atlasacq.com | Jan 17 2024 04:00:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15000706 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 04:08:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14983354 | + | Email/Text: bankruptcy@cavps.com | Jan 17 2024 04:01:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 15004491 | + | Email/Text: bankruptcy@cavps.com | Jan 17 2024 04:01:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14983356 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:31 | Citibank, PO Box 10497, Greenville, SC 29603-0497 |
| 14983357 | ^ | MEBN | Jan 17 2024 03:57:53 | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14983358 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 17 2024 04:00:00 | Comenity Bank/WOMNWTHN, PO Box 182789, Columbus, OH 43218-2789 |
| 15152668 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 17 2024 04:01:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14996699 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 17 2024 04:00:00 | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |

Case 19-20310-CMB   Doc 86   Filed 01/18/24   Entered 01/19/24 00:33:01   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15426524 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 17 2024 04:00:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14983359 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 17 2024 04:00:00 | Freedom Mortgage Corporation, 907 Pleasant Valley Avenue, Suite 3, Mount Laurel, NJ 08054-1210 |
| 14983360 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 17 2024 04:00:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14983361 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 17 2024 04:01:00 | Hyundai Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708 |
| 14989129 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 17 2024 04:01:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 15047354 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 17 2024 04:00:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 14983362 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 17 2024 04:00:00 | Kohls Dept Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15003410 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 17 2024 04:01:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14983363 | + | Email/PDF: pa_dc_claims@navient.com | Jan 17 2024 04:08:30 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 15001967 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 17 2024 04:01:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15007553 | + | Email/Text: bncnotifications@pheaa.org | Jan 17 2024 04:00:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14983365 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 17 2024 04:00:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15203 |
| 15025708 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 17 2024 04:00:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14983366 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:08:27 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 15022627 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:08:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14983956 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:08:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15020124 | | Email/Text: bnc-quantum@quantum3group.com | Jan 17 2024 04:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14983367 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:22 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 14983368 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:25 | SYNCB/Levin Furniture, PO Box 960036, Orlando, FL 32896-0036 |
| 14983369 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:25 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14983370 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 04:08:22 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15010612 | | Email/Text: BNCnotices@dcmservices.com | Jan 17 2024 04:00:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15012418 | | Email/Text: BNCnotices@dcmservices.com | Jan 17 2024 04:00:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15017203 | | Email/PDF: ebn_ais@aisinfo.com | Jan 17 2024 04:08:23 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14983371 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 17 2024 04:00:00 | Verizon, PO Box 650051, Dallas, TX 75265-0051 |

| Recip ID | | | |
|---|---|---|---|
| 14983372 | Email/Text: bankruptcytn@wakeassoc.com | Jan 17 2024 04:00:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |
| 14983373 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 17 2024 04:08:32 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15005334 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Plaintiff Erica S. Quiggle bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Erica S. Quiggle bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Mark E. McLure bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Mark E. McLure bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 45

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 9