## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Mark E. McLure, and Erica S. Quiggle, | : : : | Bankruptcy Case No.: 19-20310-CMB |
| | : | Chapter 13 |
| Debtors. | : : | |
| Mark E. McLure, Erica S. Quiggle, | : : : | Document No.: |
| | : | Related to Document No.: 80, 81 |
| Movant, | : : | |
| v. | : : : | |
| No Respondents, | : : | |
| Respondent. | : | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 15, 2023, at docket numbers 80 and 81, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtors*: Mark E. McLure and Erica S. Quiggle*. Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: February 28, 2024            /s/ *Mark E McLure*
ID 3uXGKNprmUbxYzTJNvavr7mT
Mark E. McLure, Debtor

Dated: February 28, 2024            /s/ *Erica S. Quiggle*
ID evymEVfv4GDsPaXXKttHQ749
Erica S. Quiggle, Debtor

                                    Respectfully submitted,

Dated: February 28, 2024            /s/Brian C. Thompson
                                    Brian C. Thompson, Esquire

PA ID: 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
bthompson@thompsonattorney.com

## eSignature Details

**Signer ID:** **evymEVfv4GDsPaXXKttHQ749**
Signed by: Erica S. Quiggle
Sent to email: emclure@gmail.com
IP Address: 24.144.190.34
Signed at: Feb 28 2024, 9:57 am EST

**Signer ID:** **3uXGKNprmUbxYzTJNvavr7mT**
Signed by: Mark E. McLure
Sent to email: mcluremark@yahoo.com
IP Address: 162.120.138.242
Signed at: Feb 28 2024, 10:12 am EST