**Fill in this information to identify the case:**

Debtor 1    MARK E MCLURE

Debtor 2    ERICA S QUIGGLE
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 19-20310-CMB

---

Form 4100R

# Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** Freedom Mortgage Corporation

**Court claim no. (if known):** 2

**Last 4 digits** of any number you use to identify the debtor's account: 3542

**Property address:** 140 MCKINNEY ROAD
Number  Street
Wexford, PA 15090
City   State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 04/01/2024
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _____
MM/DD/YYYY

Debtor1  MARK E MCLURE_____     Case number *(if known)* 19-20310-CMB
         First      Middle        Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Matthew Fissel_____    Date 03/11/2024
   Signature

Print     Matthew Fissel_____    Title  Attorney_____
          First Name    Middle Name    Last Name

Company   Brock & Scott, PLLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   3825 Forrestgate Dr.
          Number         Street

          Winston-Salem, NC 27103
          City              State    ZIP Code

Contact phone  844-856-6646   Email PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>MARK E MCLURE AND ERICA S QUIGGLE<br><br>Freedom Mortgage Corporation,<br>  Movant<br><br><br><br>vs.<br><br>MARK E MCLURE AND ERICA S QUIGGLE,<br>  Debtors<br>and<br><br>Ronda J. Winnecour<br>  Respondent | Case No. 19-20310-CMB<br>Chapter 13<br><br>Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

 I certify under penalty of perjury that on this day, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

 The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

Brian C Thompson, Esq.
301 Smith Drive
Suite 6
Cranberry Township, PA 16066
*Counsel for Debtor*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

Mark E Mclure
140 Mckinney Rd
Wexford, PA 15090

Erica S Quiggle
140 Mckinney Rd
Wexford, PA 15090
*Debtor*

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>March 11, 2024</u>

                 */s/* Matthew Fissel
                 Andrew Spivack, PA Bar No. 84439
                 Matthew Fissel, PA Bar No. 314567
                 Mario Hanyon, PA Bar No. 203993
                 Ryan Starks, PA Bar No. 330002
                 Jay Jones, PA Bar No. 86657
                 Attorney for Creditor
                 BROCK & SCOTT, PLLC
                 3825 Forrestgate Drive
                 Winston Salem, NC 27103
                 Telephone: (844) 856-6646
                 Facsimile: (704) 369-0760
                 E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**