**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARK E. MCLURE
ERICA S. QUIGGLE
       Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
       Movant
       vs.
No Respondents.

Case No.:19-20310

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/24/2019 and confirmed on 3/12/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 176,937.80 |
| Less Refunds to Debtor | 719.10 | |
| TOTAL AMOUNT OF PLAN FUND | | 176,218.70 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,619.74 | |
|    Trustee Fee | 8,470.29 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 16,090.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 94,017.12 | 0.00 | 94,017.12 |
|     Acct: 3542 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 11,195.07 | 11,195.07 | 0.00 | 11,195.07 |
|     Acct: 3542 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 27,611.70 | 0.00 | 27,611.70 |
|     Acct: 8815 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 3,767.00 | 3,767.00 | 671.39 | 4,438.39 |
|     Acct: 9791 | | | | |
| | | | | 137,262.28 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK E. MCLURE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK E. MCLURE | 719.10 | 719.10 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,292.85 | 3,292.85 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX5/22 | | | | |
|   THOMPSON LAW GROUP PC | 1,076.89 | 1,076.89 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX0/24 | | | | |
|   INTERNAL REVENUE SERVICE* | 8,294.47 | 8,294.47 | 0.00 | 8,294.47 |
|     Acct: 0353 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-CMB | | | | |
| | | | | 8,604.47 |
| **Unsecured** | | | | |
|   ECMC(*) | 0.00 | 5,556.44 | 0.00 | 5,556.44 |
|     Acct: 0353 | | | | |
|   NAVIENT SOLUTIONS INC O/B/O ECMC | 0.00 | 1,866.82 | 0.00 | 1,866.82 |
|     Acct: 2898 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 4,425.07 | 736.61 | 0.00 | 736.61 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9668 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0353 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 804.54 | 133.92 | 0.00 | 133.92 |
| | Acct: 9987 | | | | |
| | HYUNDAI LEASE TITLING TRUST | 1,526.06 | 254.03 | 0.00 | 254.03 |
| | Acct: 5741 | | | | |
| | CAPITAL ONE NA** | 723.97 | 120.52 | 0.00 | 120.52 |
| | Acct: 3541 | | | | |
| | PNC BANK NA | 15,870.96 | 2,641.94 | 0.00 | 2,641.94 |
| | Acct: 1650 | | | | |
| | PNC BANK NA | 4,248.62 | 707.24 | 0.00 | 707.24 |
| | Acct: 9458 | | | | |
| | PNC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,901.22 | 482.95 | 0.00 | 482.95 |
| | Acct: 4101 | | | | |
| | MIDLAND FUNDING LLC | 1,785.17 | 297.17 | 0.00 | 297.17 |
| | Acct: 3221 | | | | |
| | MIDLAND FUNDING LLC | 1,125.15 | 187.29 | 0.00 | 187.29 |
| | Acct: 0587 | | | | |
| | ATLAS ACQUISITIONS LLC - AS ASSIGNEE | 1,779.07 | 296.15 | 0.00 | 296.15 |
| | Acct: 2601 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 413.13 | 68.77 | 0.00 | 68.77 |
| | Acct: 0001 | | | | |
| | WAKEFIELD AND ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5184 | | | | |
| | UPMC HEALTH SERVICES | 1,018.30 | 169.51 | 0.00 | 169.51 |
| | Acct: 0353 | | | | |
| | UPMC HEALTH SERVICES | 429.68 | 71.53 | 0.00 | 71.53 |
| | Acct: 2898 | | | | |
| | UPMC PHYSICIAN SERVICES | 1,467.39 | 244.27 | 0.00 | 244.27 |
| | Acct: 0353 | | | | |
| | WELLS FARGO BANK NA D/B/A WELLS FA | 2,563.69 | 426.76 | 0.00 | 426.76 |
| | Acct: 9791 | | | | |
| | INTERNAL REVENUE SERVICE* | 1,640.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 0353 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4101 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CHILDRENS DERMATOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORTH AMERICAN PARTNERS IN ANESTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 14,261.92 |

TOTAL PAID TO CREDITORS                                                                                           160,128.67

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 8,604.47 |
| SECURED | 14,962.07 |
| UNSECURED | 42,722.30 |

Date: 03/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   MARK E. MCLURE
   ERICA S. QUIGGLE
         Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

Case No.:19-20310

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20310-CMB |
| Mark E. McLure | Chapter 13 |
| Erica S. Quiggle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 27, 2024 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark E. McLure, Erica S. Quiggle, 140 McKinney Road, Wexford, PA 15090-8532 |
| 14983355 | + | Childrens Dermatology Serivces, 11279 Perry Hwy, Wexford, PA 15090-9303 |
| 15426523 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14983364 | + | North American Partners in Anesthesia, PO Box 725, Melville, NY 11747-0725 |
| 15047355 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15008457 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2024 00:29:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14983353 | + | Email/Text: bncnotifications@pheaa.org | Mar 28 2024 00:28:00 | AES/Suntrust, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14996967 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2024 00:29:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15015176 | | Email/Text: bnc@atlasacq.com | Mar 28 2024 00:28:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15000706 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 07:09:56 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14983354 | + | Email/Text: bankruptcy@cavps.com | Mar 28 2024 00:30:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 15004491 | + | Email/Text: bankruptcy@cavps.com | Mar 28 2024 00:30:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14983356 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2024 00:37:11 | Citibank, PO Box 10497, Greenville, SC 29603-0497 |
| 14983357 | ^ | MEBN | Mar 28 2024 00:20:15 | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14983358 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2024 00:29:00 | Comenity Bank/WOMNWTHN, PO Box 182789, Columbus, OH 43218-2789 |
| 15152668 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 28 2024 00:29:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14996699 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 28 2024 00:28:00 | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |

Case 19-20310-CMB   Doc 100   Filed 03/29/24   Entered 03/30/24 00:30:02   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15426524 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 28 2024 00:28:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14983359 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 28 2024 00:28:00 | Freedom Mortgage Corporation, 907 Pleasant Valley Avenue, Suite 3, Mount Laurel, NJ 08054-1210 |
| 14983360 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2024 00:29:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14983361 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 28 2024 00:30:00 | Hyundai Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708 |
| 14989129 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 28 2024 00:30:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 15047354 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2024 00:29:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 14983362 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2024 00:28:00 | Kohls Dept Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15003410 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2024 00:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14983363 | + | Email/PDF: pa_dc_claims@navient.com | Mar 28 2024 00:37:13 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 15001967 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 28 2024 00:29:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15007553 | + | Email/Text: bncnotifications@pheaa.org | Mar 28 2024 00:28:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14983365 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2024 00:28:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15203 |
| 15025708 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2024 00:28:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14983366 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:36:54 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 15022627 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:37:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14983956 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2024 00:37:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15020124 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2024 00:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14983367 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2024 00:37:06 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 14983368 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2024 00:37:15 | SYNCB/Levin Furniture, PO Box 960036, Orlando, FL 32896-0036 |
| 14983369 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2024 00:37:27 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14983370 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 28 2024 00:37:29 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15010612 | | Email/Text: BNCnotices@dcmservices.com | Mar 28 2024 00:28:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15012418 | | Email/Text: BNCnotices@dcmservices.com | Mar 28 2024 00:28:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15017203 | | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2024 00:37:23 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14983371 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 28 2024 00:27:00 | Verizon, PO Box 650051, Dallas, TX 75265-0051 |

Case 19-20310-CMB  Doc 100  Filed 03/29/24  Entered 03/30/24 00:30:02  Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 27, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| 14983372 | | Email/Text: bankruptcytn@wakeassoc.com | Mar 28 2024 00:28:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |
|---|---|---|---|---|
| 14983373 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 28 2024 00:49:47 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15005334 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Plaintiff Erica S. Quiggle bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Erica S. Quiggle bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Mark E. McLure bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Mark E. McLure bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 27, 2024 | Form ID: pdf900 | Total Noticed: 45 |

Matthew Fissel
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION matthew.fissel@brockandscott.com wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com


TOTAL: 10