| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mark E. McLure<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0353<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Erica S. Quiggle<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2898<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  19-20310-CMB | | |

## Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark E. McLure                           Erica S. Quiggle

<u>5/14/24</u>                            **By the court:** <u>Carlota M Bohm</u>
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark E. McLure  
Erica S. Quiggle  
    Debtors

Case No. 19-20310-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: May 14, 2024      Form ID: 3180W      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark E. McLure, Erica S. Quiggle, 140 McKinney Road, Wexford, PA 15090-8532 |
| 15000706 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14983355 | + | Childrens Dermatology Serivces, 11279 Perry Hwy, Wexford, PA 15090-9303 |
| 15426523 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14983364 | + | North American Partners in Anesthesia, PO Box 725, Melville, NY 11747-0725 |
| 15047355 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15008457 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 15 2024 03:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 15 2024 03:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2024 23:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | May 15 2024 03:45:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14983353 | + | Email/Text: bncnotifications@pheaa.org | May 14 2024 23:52:00 | AES/Suntrust, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14996967 | | EDI: PHINAMERI.COM | May 15 2024 03:45:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15015176 | | EDI: ATLASACQU | May 15 2024 03:39:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15000706 | ^ | MEBN | May 14 2024 23:50:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14983354 | + | Email/Text: bankruptcy@cavps.com | May 14 2024 23:53:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |

Case 19-20310-CMB    Doc 104    Filed 05/16/24    Entered 05/17/24 00:28:38    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: 3180W | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 15004491 | + | Email/Text: bankruptcy@cavps.com | May 14 2024 23:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14983356 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 00:13:45 | Citibank, PO Box 10497, Greenville, SC 29603-0497 |
| 14983357 | ^ | MEBN | May 14 2024 23:49:44 | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14983358 | + | EDI: WFNNB.COM | May 15 2024 03:45:00 | Comenity Bank/WOMNWTHN, PO Box 182789, Columbus, OH 43218-2789 |
| 15152668 | | Email/Text: ECMCBKNotices@ecmc.org | May 14 2024 23:52:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14996699 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 14 2024 23:52:00 | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15426524 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 14 2024 23:52:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14983359 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 14 2024 23:52:00 | Freedom Mortgage Corporation, 907 Pleasant Valley Avenue, Suite 3, Mount Laurel, NJ 08054-1210 |
| 14983360 | + | EDI: PHINAMERI.COM | May 15 2024 03:45:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14983361 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 14 2024 23:53:00 | Hyundai Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708 |
| 14989129 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 14 2024 23:53:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 15047354 | + | EDI: IRS.COM | May 15 2024 03:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 14983362 | + | Email/Text: PBNCNotifications@peritusservices.com | May 14 2024 23:51:00 | Kohls Dept Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15003410 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2024 23:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14983363 | + | EDI: NAVIENTFKASMSERV.COM | May 15 2024 03:45:00 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 15001967 | + | Email/Text: ECMCBKNotices@ecmc.org | May 14 2024 23:52:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15007553 | + | Email/Text: bncnotifications@pheaa.org | May 14 2024 23:52:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14983365 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2024 23:51:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15203 |
| 15025708 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2024 23:51:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14983366 | | EDI: PRA.COM | May 15 2024 03:45:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 15022627 | | EDI: PRA.COM | May 15 2024 03:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14983956 | + | EDI: PRA.COM | May 15 2024 03:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15020124 | | EDI: Q3G.COM | May 15 2024 03:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14983367 | | EDI: SYNC | May 15 2024 03:39:00 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 14983368 | + | EDI: SYNC | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: 3180W | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14983369 | + | EDI: SYNC | May 15 2024 03:39:00 | SYNCB/Levin Furniture, PO Box 960036, Orlando, FL 32896-0036 |
| 14983370 | + | EDI: SYNC | May 15 2024 03:39:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15047355 | + | Email/Text: jill.locnikar@usdoj.gov | May 15 2024 03:39:00 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| | | | May 14 2024 23:52:00 | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15010612 | | Email/Text: BNCnotices@dcmservices.com | May 14 2024 23:52:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15012418 | | Email/Text: BNCnotices@dcmservices.com | May 14 2024 23:52:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15017203 | | EDI: AIS.COM | May 15 2024 03:45:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14983371 | + | EDI: VERIZONCOMB.COM | May 15 2024 03:39:00 | Verizon, PO Box 650051, Dallas, TX 75265-0051 |
| 14983372 | | Email/Text: bankruptcy.accounts@wakeassoc.com | May 14 2024 23:52:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |
| 14983373 | + | EDI: WFFC2 | May 15 2024 03:39:00 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15005334 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Plaintiff Erica S. Quiggle bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 14, 2024 | Form ID: 3180W | Total Noticed: 47 |

com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
    on behalf of Joint Debtor Erica S. Quiggle bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
    on behalf of Debtor Mark E. McLure bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
    on behalf of Plaintiff Mark E. McLure bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Denise Carlon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew Fissel
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION matthew.fissel@brockandscott.com wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 10