IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MARK E. MCLURE<br>ERICA S. QUIGGLE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:19-20310<br><br>Chapter 13<br><br>Document No.: 98<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

　　AND NOW, this ___14th___ day of ___May___, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
5/14/24 10:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ /dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mark E. McLure  
Erica S. Quiggle  
    Debtors

Case No. 19-20310-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: May 14, 2024      Form ID: pdf900      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Mark E. McLure, Erica S. Quiggle, 140 McKinney Road, Wexford, PA 15090-8532 |
| 15000706 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14983355 | + | Childrens Dermatology Serivces, 11279 Perry Hwy, Wexford, PA 15090-9303 |
| 15426523 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14983364 | + | North American Partners in Anesthesia, PO Box 725, Melville, NY 11747-0725 |
| 15047355 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15008457 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 14 2024 23:52:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14983353 | + | Email/Text: bncnotifications@pheaa.org | May 14 2024 23:52:00 | AES/Suntrust, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14996967 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 14 2024 23:52:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15015176 | | Email/Text: bnc@atlasacq.com | May 14 2024 23:52:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15000706 | ^ | MEBN | May 14 2024 23:50:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14983354 | + | Email/Text: bankruptcy@cavps.com | May 14 2024 23:53:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 15004491 | + | Email/Text: bankruptcy@cavps.com | May 14 2024 23:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14983356 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 00:13:54 | Citibank, PO Box 10497, Greenville, SC 29603-0497 |
| 14983357 | ^ | MEBN | May 14 2024 23:49:45 | Collection Service Center, PO Box 560, New Kensington, PA 15068-0560 |
| 14983358 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2024 23:52:00 | Comenity Bank/WOMNWTHN, PO Box 182789, Columbus, OH 43218-2789 |
| 15152668 | | Email/Text: ECMCBKNotices@ecmc.org | May 14 2024 23:52:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14996699 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 14 2024 23:52:00 | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID |

Case 19-20310-CMB    Doc 105    Filed 05/16/24    Entered 05/17/24 00:28:38    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | DRIVE, FISHERS IN 46037-9764 |
| 15426524 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 14 2024 23:52:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14983359 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 14 2024 23:52:00 | Freedom Mortgage Corporation, 907 Pleasant Valley Avenue, Suite 3, Mount Laurel, NJ 08054-1210 |
| 14983360 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 14 2024 23:52:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 14983361 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 14 2024 23:53:00 | Hyundai Motor Finance, 10550 Talbert Avenue, Fountain Valley, CA 92708 |
| 14989129 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 14 2024 23:53:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 15047354 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 14 2024 23:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 14983362 | + | Email/Text: PBNCNotifications@peritusservices.com | May 14 2024 23:51:00 | Kohls Dept Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15003410 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2024 23:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14983363 | + | Email/PDF: pa_dc_claims@navient.com | May 15 2024 00:14:06 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 15001967 | + | Email/Text: ECMCBKNotices@ecmc.org | May 14 2024 23:52:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 15007553 | + | Email/Text: bncnotifications@pheaa.org | May 14 2024 23:52:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14983365 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2024 23:51:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15203 |
| 15025708 | | Email/Text: Bankruptcy.Notices@pnc.com | May 14 2024 23:51:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14983366 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 00:00:26 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 15022627 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 00:14:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14983956 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 00:13:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15020124 | | Email/Text: bnc-quantum@quantum3group.com | May 14 2024 23:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14983367 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2024 23:59:50 | SYNCB/Amazon PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 14983368 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 00:13:56 | SYNCB/Levin Furniture, PO Box 960036, Orlando, FL 32896-0036 |
| 14983369 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 00:13:55 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14983370 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2024 23:58:42 | SYNCB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 15047355 | + | Email/Text: jill.locnikar@usdoj.gov | May 14 2024 23:52:00 | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 15010612 | | Email/Text: BNCnotices@dcmservices.com | May 14 2024 23:52:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15012418 | | Email/Text: BNCnotices@dcmservices.com | May 14 2024 23:52:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

| | | | | |
|---|---|---|---|---|
| 15017203 | | Email/PDF: ebn_ais@aisinfo.com | May 15 2024 00:00:31 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14983371 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 14 2024 23:51:00 | Verizon, PO Box 650051, Dallas, TX 75265-0051 |
| 14983372 | | Email/Text: bankruptcy.accounts@wakeassoc.com | May 14 2024 23:52:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950 |
| 14983373 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 15 2024 00:13:46 | Wells Fargo Dealer Services, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15005334 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2024         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Plaintiff Erica S. Quiggle bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Joint Debtor Erica S. Quiggle bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Debtor Mark E. McLure bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Mark E. McLure bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: May 14, 2024 | Form ID: pdf900 | Total Noticed: 45 |

Mario J. Hanyon
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew Fissel
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION matthew.fissel@brockandscott.com wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

TOTAL: 10